# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **SHELLIE THOMAS, on behalf of herself and all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Case No. 3:07-0444** |
| ) | **Judge Trauger** |
| **LG ELECTRONICS U.S.A., INC.,** ) **a Delaware Corporation** ) ) | |
| **Defendant.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss Count Three of the Complaint (Docket Entry No. 16) is **GRANTED**. Count Three of the Complaint is **DISMISSED**.

It is so ordered.

Enter this 4th day of December 2007.

_____
ALETA A. TRAUGER
United States District Judge